1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6
7
8              IN THE UNITED STATES DISTRICT COURT
9                EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           | 2:14-MC-00026-TLN-EFB
12 |         Plaintiff,                  | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE
13 |    v.                               |
14 | APPROXIMATELY $9,000.00 IN U.S. CURRENCY, |
15 |         Defendant.                  |
16

17     It is hereby stipulated by and between the United States of America and potential
18 claimant Jim McCullough, in *propria persona* ("claimant"), as follows:
19     1.    On or about November 22, 2013, claimant Jim McCullough filed a claim in the
20 administrative forfeiture proceeding with the Drug Enforcement Administration with
21 respect to the Approximately $9,000.00 in U.S. Currency (hereafter "defendant currency"),
22 which was seized on or about August 20, 2013.
23     2.    The Drug Enforcement Administration has sent the written notice of intent to
24 forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has
25 expired for any person to file a claim to the defendant currency under 18 U.S.C. §
26 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant
27 currency as required by law in the administrative forfeiture proceeding.
28     3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a

complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was February 20, 2014.

4. By Stipulation and Order filed February 21, 2014, the parties stipulated to extend to March 21, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to April 21, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to April 21, 2014.

Dated: 3/14/14

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 3-13-14

/s/ Jim McCullough
JIM McCULLOUGH
Potential claimant appearing
in *propria persona*
(Approved by phone)

**IT IS SO ORDERED**.

Dated: March 14, 2014

Troy L. Nunley
United States District Judge